# UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### GREENVILLE DIVISION

Great Lakes Credit Union

vs.

John Charles Reckling, Debra L. Reckling,
Nyacor East, LLC

DEFAULT

**JUDGMENT IN A CIVIL CASE**

Case Number: 6:09-2832-HFF

**[X]** **Decision on the Record.** This action came before the court on the record. The issues have been reviewed and a decision rendered.

**IT IS ORDERED AND ADJUDGED** that the

Plaintiff Great Lakes Credit Union is entitled to entry of a final judgment and decree of foreclosure against the Reckling Defendants who are indebted to Plaintiff in the sum of $1,286.789.29, plus interest upon the principal, accruing at the default interest rate of 11.5% from 2/1/2009, the date of last payment, through date of judgment, plus $31,595.33 for unpaid property taxes which Plaintiff is advancing in order to protect its security interest in the Property, as provided by Plaintiff's Note and Mortgage forming the basis for this action.

LARRY W. PROPES, Clerk

By: s/Angela Lewis
Deputy Clerk

February 22, 2010